PATRICK H. HICKS, ESQ., Bar # 4632
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
CIRCUS CIRCUS CASINOS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK ZICARI,<br><br>            Plaintiff,<br><br>vs.<br><br>CIRCUS CIRCUS CASINOS, INC., a Nevada corporation,<br><br>            Defendant. | Case No. 2:12-cv-00767-GMN-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

      Plaintiff, FRANK ZICARI and Defendant, CIRCUS CIRCUS CASINOS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

. . .

. . .

. . .

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: December 17, 2013
Respectfully submitted,

/s/ Michael P. Balaban
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN, ESQ.

Attorney for Plaintiff
FRANK ZICARI

Dated: December 17, 2013
Respectfully submitted,

Hilary B. Muckleroy
PATRICK H. HICKS, ESQ.
HILARY B, MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CIRCUS CIRCUS CASINOS, INC.

**ORDER**

**IT IS SO ORDERED** this 18th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

Firmwide:124506419.1 060736.1048

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800