```
 1  PATRICK H. HICKS, ESQ., Bar # 4632
    HILARY B. MUCKLEROY, ESQ., Bar # 9632
 2  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 3  Suite 300
    Las Vegas, NV  89169-5937
 4  Telephone:   702.862.8800
    Fax No.:     702.862.8811
 5
    Attorneys for Defendant
 6  CIRCUS CIRCUS CASINOS, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK ZICARI, | Case No. 2:12-cv-00767-GMN-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| CIRCUS CIRCUS CASINOS, INC., a Nevada corporation, | |
| Defendant. | |

Plaintiff, FRANK ZICARI and Defendant, CIRCUS CIRCUS CASINOS, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

. . .

. . .

. . .

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: December 17, 2013
Respectfully submitted,

/s/ Michael P. Balaban
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN, ESQ.

Attorney for Plaintiff
FRANK ZICARI

Dated: December 17, 2013
Respectfully submitted,

Hilary B. Muckleroy
PATRICK H. HICKS, ESQ.
HILARY B, MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CIRCUS CIRCUS CASINOS, INC.

**ORDER**

**IT IS SO ORDERED** this 18th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

Firmwide:124506419.1 060736.1048

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800